1999 OK 12

**Ted WEST d/b/a Ted West Photography, Protestant/Appellant,**

v.

**STATE of Oklahoma, ex rel., OKLAHOMA TAX COMMISSION, Respondent/Appellee.**

No. 90,709.

Supreme Court of Oklahoma.

Feb. 22, 1999.

### ORDER

Appellant's petition for certiorari is denied. The Court of Civil Appeals' opinion is approved for publication and accorded precedential value.

*VOTE ON DENIAL OF CERTIORARI*

HARGRAVE, V.C.J., HODGES, LAVENDER, SIMMS, OPALA, ALMA WILSON, KAUGER, and WATT, JJ.—concur.

SUMMERS, C.J., not voting.

*VOTE TO APPROVE COURT OF CIVIL APPEALS' OPINION FOR PUBLICATION:*

HARGRAVE, V.C.J., HODGES, LAVENDER, SIMMS, OPALA, ALMA WILSON, KAUGER, and WATT, JJ.—concur.

SUMMERS, C.J.—not voting.